**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANDREW L. WYLIE,
ADC #085699                                                                    PLAINTIFF

V.                                  5:05CV00012 WRW/JTR

MARK CASHION, Warden,
Delta Regional Unit; and
LANETTE BRITT WOLFE, Mailroom Supervisor,
Delta Regional Unit, Arkansas Department of Correction
DEFENDANTS

**<u>ORDER</u>**

Plaintiff, who is currently incarcerated at the Pine Bluff Work Complex of the Arkansas

Department of Correction, has filed a Motion for Copies.  *See* docket entry #14-2.  In that Motion,

Plaintiff requests a file-marked copy of the "Product Liability Claims Contractual Agreement

between Phillip Malone and Andrew Wylie subscribed and sworn to on the 31st of Aug. 2005 and

filed with the Clerk of the U.S. Dist. Court."  *Id.*  The Court could not locate any such document in

the file for this action.   Accordingly, the Motion will be denied.  If Plaintiff wishes to obtain a file

marked copy of that document, he should file a Motion in the action in which the document was filed

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Copies (docket entry #14-2)

is DENIED.

Dated this 14th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE